|   |   |
|---|---|
| FOUR STAR AG, a partnership, | NO: 2:17-CV-248-RMP |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| CRY BABY FOODS, LLC, an Idaho limited liability company; LEE'S PRODUCE, LLC, a Washington limited liability company; RICHARD SHEARER, an individual also known as Rick Shearer; AARON SHEARER, an individual; and KELSEE SHEARER, an individual, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is the parties' Stipulation for Dismissal, ECF No. 10. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal, **ECF No. 10**, is **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 18, 2017.

                            *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                            United States District Judge